UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-20276-MGC

ARIE CORCOS

    Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS LLC

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, ARIE CORCOS, by and through the undersigned counsel and hereby notifies this Honorable Court that the parties have reached an agreement in principle to resolve all matters pertaining to the instant action.  The parties are in the process of finalizing documentation related to the agreement, and they will file appropriate documentation for the Court's review as soon as it is finalized and agreed upon.  The parties anticipate that they will be able to file such documentation within ten (10) business days of the date of this filing.

DATED:  June 19, 2013

Respectfully Submitted,

MILITZOK & LEVY, P.A.
*Attorneys for Plaintiff*
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
(954) 727-8570 – Telephone
(954) 241-6857 – Facsimile
mjm@mllawfl.com – E-mail

By: **/s/ Matthew J. Militzok**
    MATTHEW J. MILITZOK, ESQ.
    Fla. Bar No.: 0153842

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM / ECF. I also hereby certify that a true and correct copy of the foregoing document is being served upon Dynamic Recovery Solutions, LLC, either via transmission of Notices of Electronic Filing generated by CM/ ECF or other authorized manner if not authorized to receive Notices of Electronic Filing.

                                                              By: **/s/  Matthew J. Militzok**
                                                                    Matthew J. Militzok