UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20276-Civ-COOKE/TURNOFF

ARIE CORCOS,

    Plaintiff

vs.

DYNAMIC RECOVERY SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed without prejudice by the Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Notice of Vol. Dismissal ECF No. 10.  The Clerk is directed to **CLOSE** this matter.  All pending Motions are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, this 28th day of June 2013.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*